**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ______________________

GENE HOFFMAN; and
FIREARMS POLICY COALITION, INC.,

*Plaintiffs*,

v.

CITY AND COUNTY OF DENVER, COLORADO;
ARMANDO SALDATE III, in his official capacity as Director of the Colorado Bureau of Investigation;
COLONEL MATTHEW C. PACKARD, in his official capacity as Chief of the Colorado State Patrol;
JOHN WALSH, in his official capacity as District Attorney for the City and County of Denver, Colorado;
RON THOMAS, in his official capacity as Chief of Police for the Denver Police Department; and
ELIAS DIGGINS, in his official capacity as Sheriff of Denver,

*Defendants*.

---

**PLAINTIFFS' NOTICE OF RELATED CASES PURSUANT TO D.C.COLO.LCivR 3.2**

---

Plaintiffs GENE HOFFMAN and FIREARMS POLICY COALITION, INC., by and through counsel of record, respectfully file this Notice of Related Cases pursuant to D.C.COLO.LCivR 3.2.

The following pending case is related to this action within the meaning of D.C.Colo.LCivR 3.2 because it has common facts and claims and at least one party in common:

1. *Howeth et al. v. City and County of Denver, Colorado et al.*, No. 1:26-cv-03690, filed on August 12, 2026, and pending before Chief Judge Daniel D. Domenico in the United States District Court for the District of Colorado.

This Notice is filed solely to comply with D.C.COLO.LCivR 3.2. By filing this Notice, Plaintiffs do not seek special assignment, reassignment, transfer, consolidation, or any other relief.

Dated: September 29, 2026

Respectfully submitted,

*/s/ David H. Thompson*

David H. Thompson
Peter A. Patterson
William V. Bergstrom
Riley W. Walters
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
rwalters@cooperkirk.com

*Counsel for Plaintiffs*