**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ______________________

GENE HOFFMAN; and
FIREARMS POLICY COALITION, INC.,

*Plaintiffs*,

v.

CITY AND COUNTY OF DENVER, COLORADO;
ARMANDO SALDATE III, in his official capacity as Director of the Colorado Bureau of Investigation;
COLONEL MATTHEW C. PACKARD, in his official capacity as Chief of the Colorado State Patrol;
JOHN WALSH, in his official capacity as District Attorney for the City and County of Denver, Colorado;
RON THOMAS, in his official capacity as Chief of Police for the Denver Police Department; and
ELIAS DIGGINS, in his official capacity as Sheriff of Denver,

*Defendants*.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Plaintiff, GENE HOFFMAN ,

Plaintiff, FIREARMS POLICY COALITION ,

DATED at Denver, Colorado this 29th day of September, 2026.

Peter A. Patterson
Name of Attorney

Cooper & Kirk, PLLC
Firm Name
1523 New Hampshire Ave., N.W.

Office Address
Washington, DC 20036
City, State, ZIP Code
(202) 220-9670
Telephone Number
ppatterson@cooperkirk.com
Primary CM/ECF E-mail Address

*/s/ Peter A. Patterson*
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Telephone: (202) 220-9670
Facsimile: (202) 220-9601
ppatterson@cooperkirk.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, e-mail, hand-delivery, etc.) indicated by the non-participant's name:

City and County of Denver
Denver City Attorney Civil Litigation Section
201 W. Colfax Ave.,
Dept. 1108 Denver, CO 80202

Armando Saldate III
Director of the Colorado Bureau of Investigation
690 Kipling Street, Suite 3000
Lakewood, CO 80215

Colonel Matthew C. Packard
Chief of the Colorado State Patrol
700 Kipling St.
Lakewood, CO 80215

John Walsh
Denver District Attorney
310 17th St.
Suite 5300
Denver, CO 80202

Ron Thomas
Chief of Police for the Denver Police Department
1331 Cherokee Street
Denver, CO 80204

Elias Diggins
Sheriff of Denver
490 W. Colfax Ave.
Denver, CO 80204

*/s/ Peter A. Patterson*
Peter A. Patterson

*Counsel for Plaintiffs*