**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-04837-NRN

GENE HOFFMAN; and
FIREARMS POLICY COALITION, INC.,

*Plaintiffs*,

v.

CITY AND COUNTY OF DENVER, COLORADO;
ARMANDO SALDATE III, in his official capacity as Director of the Colorado Bureau of Investigation;
COLONEL MATTHEW C. PACKARD, in his official capacity as Chief of the Colorado State Patrol;
JOHN WALSH, in his official capacity as District Attorney for the City and County of Denver, Colorado;
RON THOMAS, in his official capacity as Chief of Police for the Denver Police Department; and
ELIAS DIGGINS, in his official capacity as Sheriff of Denver,

*Defendants*.

---

**DECLARATION OF GENE HOFFMAN**

---

I, Gene Hoffman, am competent to state and declare the following based on my personal knowledge:

1. I am a law-abiding citizen of the United States and a resident of California.

2. I am over 21 years of age and am eligible, under federal and state law, to possess, acquire, purchase, and receive firearms, including handguns.

3. I am a member of Firearms Policy Coalition, Inc.

4. I am the lawful owner of a handgun and hold valid concealed-carry permits from the states of California, Utah, Arizona, and Florida.

5. I regularly carry a handgun on my person for self-defense while in public, including when I travel out of state, as permitted by federal, state, and local law.

6. My son is enrolled at Colorado State University in Fort Collins, Colorado. I travel to Colorado to visit him at least two or three times per year and will continue to do so for the foreseeable future. During these trips, I stay with friends who live in Denver, and I spend time in public areas and establishments within Denver city and county limits.

7. I last visited Denver in May 2026. My next trip to Denver is scheduled for January 2027.

8. As a nonresident whose home state lacks reciprocity with Colorado, I cannot obtain a concealed-carry permit from Colorado, nor does Colorado recognize my non-California permits as valid. Denver also prohibits open carry within city and county limits.

9. I am also unable to possess a handgun in the parking area while visiting the campus of Colorado State University, where my son is enrolled, or in the parking area of certain government buildings. By carrying a handgun while traveling in Colorado, I also risk violating the Gun Free School Zones Act because I cannot obtain a concealed-carry permit from Colorado.

10. Because of Colorado's and Denver's restrictions, I do not and cannot publicly carry a handgun in Denver. I also do not and cannot carry a handgun in the parking areas of Colorado State University and certain government buildings, or within 1,000 feet of any school zone. But for the restrictions, I would exercise my constitutional right to publicly carry a handgun in Denver and throughout Colorado for self-defense,

either open or concealed as permitted by law, during my trips to the city and state, including during my next trip in January 2027.

11. I am able and willing to complete all the steps necessary under Colorado law to obtain a concealed-carry permit. Other than my status as a nonresident, I could satisfy all the criteria for obtaining such a permit. I have not applied for a Colorado-issued permit because I am plainly ineligible as a nonresident.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my information, knowledge and belief.

Dated: October 2, 2026

______________________________
Gene Hoffman