**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-04837-NRN

GENE HOFFMAN; and
FIREARMS POLICY COALITION, INC.,

*Plaintiffs*,

v.

CITY AND COUNTY OF DENVER, COLORADO;
ARMANDO SALDATE III, in his official capacity as Director of the Colorado Bureau of Investigation;
COLONEL MATTHEW C. PACKARD, in his official capacity as Chief of the Colorado State Patrol;
JOHN WALSH, in his official capacity as District Attorney for the City and County of Denver, Colorado;
RON THOMAS, in his official capacity as Chief of Police for the Denver Police Department; and
ELIAS DIGGINS, in his official capacity as Sheriff of Denver,

*Defendants*.

---

**DECLARATION OF BRANDON COMBS**

---

I, Brandon Combs, am competent to state and declare the following based on my personal knowledge:

1. I am the President of Firearms Policy Coalition, Inc. ("FPC"). In that capacity, I have knowledge of the matters set out below and I am authorized to attest to the same as a representative of FPC concerning such matters.

2. Plaintiff FPC is a nonprofit membership organization incorporated in Delaware with a primary place of business in Clark County, Nevada.

3. FPC works to create a world of maximal human liberty and freedom and to promote and protect individual liberty, private property, and economic freedoms.

4. FPC seeks to protect, defend, and advance the People's rights, especially but not limited to the inalienable, fundamental, and individual right to keep and bear arms, and to protect the means by which individuals may exercise the right to carry and use firearms.

5. FPC serves its members and the public through legislative advocacy, grassroots advocacy, litigation and legal efforts, research, education, outreach, and other programs.

6. Protecting the right to carry for nonresidents is especially important to FPC and its mission. FPC has litigated to secure that right in California, New York, and Louisiana.

7. FPC's members reside both within and outside the State of Colorado.

8. FPC brings this action on behalf of its members, including those residing in States that lack concealed-carry reciprocity with Colorado, who intend and desire to exercise their Second Amendment protected rights to publicly carry handguns for self-defense in Denver.

9. Plaintiff Gene Hoffman is a member of FPC.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my information, knowledge and belief.

Date: October 5, 2026

Brandon Combs