IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-04837-PAB

GENE HOFFMAN, and
FIREARMS POLICY COALITION, INC.,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
ARMANDO SALDATE III, in his official capacity as Director of the Colorado Bureau of Investigation,
COLONEL MATTHEW C. PACKARD, in his official capacity as Chief of the Colorado State Patrol,
JOHN WALSH, in his official capacity as District Attorney for the City and County of Denver, Colorado,
RON THOMAS, in his official capacity as Chief of Police for the Denver Police Department, and
ELIAS DIGGINS, in his official capacity as Sheriff of Denver,

Defendants.

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

This matter is before the Court on defendants' Unopposed Motion to Extend Deadlines [Docket No. 30]. Defendants seek to extend the deadlines to respond to plaintiffs' amended complaint and motion for preliminary injunction, filed on October 6 and 7, 2026, respectively. Docket No. 30 at 2, ¶¶ 2-5. Specifically, defendants request that:

(1) Defendants' oppositions to plaintiffs' motion for preliminary injunction be due by November 11, 2026.
(2) Plaintiffs' reply to defendants' oppositions be due by November 25, 2026.
(3) Defendants' answer or other response to the amended complaint be due within 30 days of the Court's ruling on plaintiffs' motion for preliminary injunction.

*Id.,* ¶¶ 4-5. Defendants assert that good cause exists given the complex issues of law raised by plaintiffs' filings and that no prejudice will result given the Court's ability to timely rule on plaintiffs' motion. *Id.* at 2, ¶ 7.

The Court agrees that good cause exists and that the parties will not be harmed by the extension.

Therefore, it is

**ORDERED** that defendants' Unopposed Motion to Extend Deadlines [Docket No. 30] is **GRANTED**. It is further

**ORDERED** that defendants' oppositions to plaintiffs' motion for preliminary injunction will be due on or before **November 11, 2026**. It is further

**ORDERED** that plaintiffs' reply to defendants' oppositions will be due on or before **November 25, 2026**. It is further

**ORDERED** that defendants' response to plaintiffs' amended complaint will be due **within 30 days** of the Court's ruling on plaintiffs' motion for preliminary injunction.

DATED October 29, 2026.