**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-04837-PAB

GENE HOFFMAN;
FIREARMS POLICY COALITION, INC.,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

Defendants.

---

**DECLARATION OF DENVER POLICE CHIEF RON THOMAS**

---

I, Ron Thomas, state as follows:

1. I am the Chief of Police of the Denver Police Department (the "Department"). I report to Al Gardner, the Executive Director of Denver's Department of Safety. I oversee the Police Department's Identification Bureau, which receives and processes requests to carry firearms in the City and County of Denver.

2. Denver Municipal Code Section 38-118 regulates the open carry of weapons in Denver under circumstances that are specified in the Denver code. Specifically, it is lawful to openly carry a weapon in Denver if, at the time of carrying, the person is "[a] law enforcement officer," "[a]n active-duty member of the United States Armed Forces, while engaged in the performance of their duties," "[i]n their own dwelling, place of business, or on property owned or under their control," or "[t]ransporting the weapon while travelling within a private automobile or

other private means of conveyance for the purposes of hunting or the lawful protection of such person or their property, or another person or that person's property." Section 38-118(c).

3. A person is also permitted to open carry if, at the time of carrying, the person is "[a]cting with valid authorization from the city." Section 38-118(c).

4. To my knowledge, Plaintiff Gene Hoffman did not seek authorization to openly carry handguns in Denver.

5. The Department has no record of receiving any such request from Mr. Hoffman.

6. Based on conversations with personnel of the Denver City Attorney's Office and the office of Sheriff Elias Diggins, those offices have no record of receiving a request for authorization to open carry from Mr. Hoffman.

7. If Mr. Hoffman had sought authorization from the Department to openly carry handguns in Denver, the Department would have considered any such request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2026.

*/s/ Ron Thomas*___________
Ron Thomas, Police Chief