**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-04837-PAB

GENE HOFFMAN; and
FIREARMS POLICY COALITION, INC.,

*Plaintiffs*,

v.

CITY AND COUNTY OF DENVER, COLORADO;
ARMANDO SALDATE III, in his official capacity as Director of the Colorado Bureau of Investigation;
COLONEL MATTHEW C. PACKARD, in his official capacity as Chief of the Colorado State Patrol;
JOHN WALSH, in his official capacity as District Attorney for the City and County of Denver, Colorado;
RON THOMAS, in his official capacity as Chief of Police for the Denver Police Department; and
ELIAS DIGGINS, in his official capacity as Sheriff of Denver,

*Defendants*.

---

**UNOPPOSED MOTION TO EXTEND PAGE LIMIT**
**FOR CONSOLIDATED REPLY BRIEF**

---

Plaintiffs Gene Hoffman and Firearms Policy Coalition, Inc., respectfully request an extension of the 10-page limit for reply briefs so that they can file a single, consolidated reply in support of their motion for a preliminary injunction. Defendants filed three separate responses to Plaintiffs' motion for a preliminary injunction, totaling 44 pages. For the sake of efficiency and to avoid duplicative arguments, Plaintiffs intend to file a single, consolidated reply brief rather than three separate ones.

Accordingly, Plaintiffs respectfully request a 10-page extension for their consolidated reply in support of their motion for a preliminary injunction, for a total of 20 pages. Such an extension is still below the 30-page limit that would otherwise apply if Plaintiffs filed three separate replies. Under D.C.COLO.LCivR 7.1(a), Plaintiffs certify that the parties have conferred with counsel for Defendants, and Defendants do not oppose the requested relief.

Dated: November 23, 2026

Respectfully submitted,

*/s/ David H. Thompson*
David H. Thompson
Peter A. Patterson
William V. Bergstrom
Riley W. Walters
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
rwalters@cooperkirk.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of November, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which effectuated service on all counsel of record.

*/s/ David H. Thompson*
David H. Thompson

*Counsel for Plaintiffs*