**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:26-cv-04837**

GENE HOFFMAN; and
FIREARMS POLICY COALITION, INC.,

*Plaintiffs*,

v.

CITY AND COUNTY OF DENVER, COLORADO;
ARMANDO SALDATE III, in his official capacity as Director of the Colorado Bureau of Investigation;
COLONEL MATTHEW C. PACKARD, in his official capacity as Chief of the Colorado State Patrol;
JOHN WALSH, in his official capacity as District Attorney for the City and County of Denver, Colorado;
RON THOMAS, in his official capacity as Chief of Police for the Denver Police Department; and
ELIAS DIGGINS, in his official capacity as Sheriff of Denver,

*Defendants*.

---

**JOINT MOTION TO ADJOURN SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES**

---

Plaintiffs Gene Hoffman and Firearms Policy Coalition (together, “Plaintiffs”) and Defendants City and County of Denver, Colorado; Armando Saldate III; Colonel Matthew C. Packard; John Walsh; Ron Thomas; and Elias Diggins (together, “Defendants”), respectfully request that the Court adjourn the Scheduling Conference and associated deadlines as follows:

1. Plaintiffs filed their initial Complaint on September 29, 2026.

2. On September 30, 2026, the Court issued its Order Setting Scheduling/Planning

Conference and Setting Deadline for Filing of Consent/Non-Consent Form, which scheduled a Scheduling Conference for January 5, 2027 and set deadlines for the parties to file a scheduling order and make initial disclosures under Rule 26. *See* Dkt. No. 8.

3. Defendants were served with the Complaint between October 1 and October 6, 2026.

4. Plaintiffs filed their Amended Complaint on October 6, 2026. Defendants were served with the Amended Complaint on October 7 or October 8, 2026.

5. Plaintiffs filed a motion for preliminary injunction on October 7, 2026.

6. On October 29, 2026, the Court granted Defendants' motion to extend time to answer or otherwise respond to the Amended Complaint and ordered that Defendants' response to the Amended Complaint will be due within 30 days of the Court's ruling on Plaintiffs' motion for a preliminary injunction. *See* Dkt. No. 31.

7. Defendants filed their oppositions to Plaintiffs' motion for preliminary injunction on November 11, 2026 and November 12, 2026. Plaintiffs' reply briefs are due on November 25, 2026.

8. Plaintiffs and Defendants now jointly request that the Scheduling Conference be adjourned until approximately 60 days after the Court's decision on Plaintiffs' pending motion for preliminary injunction, at the convenience of the Court's calendar; and that the corresponding deadlines described in the Court's order at Dkt. No. 8—including deadlines to hold a Rule 26(f) meeting, submit a proposed scheduling order, comply with disclosure requirements of Rule 26(a)(1), and file a Consent/Non-Consent Form—also be adjourned.

9. The parties have not requested any previous extensions of time for these deadlines.

10. Good cause exists for the requested adjournment because this Court's

preliminary injunction order will likely give guidance on the scope and nature of discovery and such an adjournment would allow the parties to avoid potentially unnecessary or premature work on the proposed Scheduling Order and related discovery matters while the preliminary injunction motion is pending.

Under D.C.COLO.LCivR 7.1(a), the parties certify that they have conferred and jointly seek the requested relief.

Respectfully submitted this 24th day of November, 2026.

*/s/ William V. Bergstrom*
David H. Thompson
Peter A. Patterson
William V. Bergstrom
Riley W. Walters
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
rwalters@cooperkirk.com

*/s/ Ryan M. Chabot*
Ryan M. Chabot
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(t) 212-230-8800
ryan.chabot@wilmerhale.com

*Counsel for Denver Defendants and Denver District Attorney John Walsh*

*/s/ Kolya D. Glick*
Emily Burke Buckley
First Assistant Attorney General
Kyle M. Holter
Kolya D. Glick
Senior Assistant Attorneys General
Public Officials Unit
State Services Section
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, Denver, CO 80203
Telephone: 720.508.6000
emily.buckley@coag.gov
kyle.holter@coag.gov
kolya.glick@coag.gov

*Counsel for Colorado Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:26-cv-04837**

GENE HOFFMAN; and
FIREARMS POLICY COALITION, INC.,

*Plaintiffs*,

v.

CITY AND COUNTY OF DENVER, COLORADO;
ARMANDO SALDATE III, in his official capacity as Director of the Colorado Bureau of Investigation;
COLONEL MATTHEW C. PACKARD, in his official capacity as Chief of the Colorado State Patrol;
JOHN WALSH, in his official capacity as District Attorney for the City and County of Denver, Colorado;
RON THOMAS, in his official capacity as Chief of Police for the Denver Police Department; and
ELIAS DIGGINS, in his official capacity as Sheriff of Denver,

*Defendants*.

**[PROPOSED] ORDER**

WHEREAS, the Court, having considered the parties' Joint Motion to Adjourn Scheduling Conference and Associated Deadlines (filed November 24, 2026);

IT IS HEREBY ORDERED this ___ day of _________, 2026 that:

The parties' Joint Motion to Adjourn Scheduling Conference and Associated Deadlines is GRANTED as follows: the Scheduling Conference and corresponding deadlines described in the Court's order at Dkt. No. 8 are adjourned pending the Court's decision on Plaintiffs' motion for preliminary injunction, after which the Court will reschedule a Scheduling Conference for a date convenient for the Court's calendar that is approximately 60 days after this Court's ruling on the pending preliminary injunction motion, with the corresponding deadlines set from the date of the rescheduled Scheduling Conference.

Honorable Judge Philip A. Brimmer
United States District Court Judge